<u>**NOT FOR PULICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMIN HILARIO<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES ALAN DIPALAZZO,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-00297-SDW-JSA<br><br>**ORDER**<br><br>July 22, 2024 |

**WIGENTON**, District Judge.

　　　　AND NOW, on this 22nd day of July, 2024, it is Ordered that Default Judgement on the issue of **LIABILITY ONLY** be entered by the Clerk of Court in favor of Plaintiff, Jasmin Hilario, against Defendant, James Alan Dipalazzo.

　　　　IT IS FURTHER ORDERED that Plaintiff, Jasmin Hilario, shall submit proofs of her damages no later than thirty (30) days from the date of this Order.

　　　　IT IS FURTHER ORDERED that an assessment of damages hearing shall be scheduled, if necessary, on a date to be set by the Court.

　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Susan D. Wigenton_____
　　　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Jessica A. Allen, U.S.M.J.